IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 12-cv-00806-LTB-CBS

SKS INVESTMENTS LTD., CORP.,

      Plaintiff,

v.

GILMAN METALS COMPANY, LLC, a Colorado limited liability company; and RICHARD GALVIN,

      Defendants.

_____

ORDER
_____

Upon Defendant's Unopposed Motion to Vacate Judgment (Doc 29 - filed January 25, 2013), the parties indicating that they have reached a comprehensive settlement agreement, and the Court being fully advised in the premises, it is

ORDERED that the Order and Judgment (Doc 28) is VACATED and SET ASIDE.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          LEWIS T. BABCOCK, JUDGE

DATED: January 28, 2013