IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  12-cv-00806-LTB-CBS

SKS INVESTMENTS LTD., CORP.,

       Plaintiff,

v.

GILMAN METALS COMPANY, LLC, a Colorado limited liability company; and
RICHARD GALVIN,

       Defendants.

_____

ORDER
_____

Upon the Joint Notice of Settlement and Unopposed Motion to Dismiss Claims and Administratively Close Case (Doc 30 - filed January 28, 2013), it is

ORDERED that the Motion to Dismiss Claims is GRANTED.

IT IS FURTHER ORDERED that this matter is ADMINISTRATIVELY CLOSED pursuant to D.C.Colo.L.Civ.R 41.2.  The case remains subject to reopening for good cause, until payment has been made in full, at which point Plaintiff is ordered to file notice and a stipulated motion to close the case.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: January 29, 2013