IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  12-cv-00806-LTB-CBS

SKS INVESTMENTS LTD., CORP.,

       Plaintiff,

v.

GILMAN METALS COMPANY, LLC, a Colorado limited liability company; and RICHARD GALVIN,

       Defendants.

_____

### ORDER FOR ENTRY OF JUDGMENT
_____

Upon the Motion for Entry of Judgment by Confession and Defendants' Affidavit for Judgment by Confession (Doc 33) filed March 26, 2013, it is

ORDERED that the Motion for Entry of Judgment by Confession is GRANTED.

JUDGMENT shall enter in favor of Plaintiff SKS Investments, Ltd., Corp., and jointly and severally against Defendants Gilman Metals Company, LLC, and Richard Galvin in the amount of $400,000.00 plus interest accruing at the statutory rate.  Plaintiff is further entitled to costs and attorneys' fees incurred in collection of this judgment.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE

DATED: March 27, 2013