IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00806-LTB-CBS

SKS INVESTMENTS LTD., CORP., a Panama corporation,

    Plaintiff,

v.

GILMAN METALS COMPANY, LLC, a Colorado limited liability company, and RICHARD GALVIN, an individual,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on January 29, 2013, incorporated herein by reference, it is

ORDERED that the Motion to Dismiss Claims is GRANTED.

II.  PURSUANT to and in accordance with the Order for Entry of Judgment entered by the Honorable Lewis T. Babcock on March 27, 2013, incorporated herein by reference, it is

ORDERED that the Motion for Entry of Judgment by Confession is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, SKS Investments Ltd., Corp., and jointly and severally against Defendants, Gilman

Metals Company, LLC and Richard Galvin in the amount of $400,000.00.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of  0.15% , as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is

FURTHER ORDERED that Plaintiff, SKS Investments Ltd., Corp., shall have its costs by the filing of a Bill of Costs with the Clerk of this Court pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1 within fourteen days of the entry of judgment.  It is

FURTHER ORDERED that Plaintiff, SKS Investments Ltd., Corp., is entitled to attorneys' fees incurred in collection of this judgment.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this   29th   day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk

APPROVED:

 s/ Lewis T. Babcock
Lewis T. Babcock
Senior United States District Judge